No. 78-6205.  RAICEVICH v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 78-6240.  CARNEY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 78-6260.  ORDONEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78-6308.  RECTOR v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78-6330.  VELEZ v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 1st Cir.  Certiorari denied.

No. 78-6340.  NEISWENDER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 78-6349.  JONES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78-6350.  SREMANIAK v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 78-6354.  POTESTIO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 78-6356.  FIELDS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 78-6379.  HOWE ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 78-6418.  BLOETH v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.